IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER MICHAEL THOMAS,<br><br>    Plaintiff,<br>    Counter-Defendant,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>    Defendants,<br>    Counter-Plaintiff. | CIVIL ACTION<br><br>No. 17-4522 |

## ORDER

**AND NOW**, this 8th day of May, 2018, upon consideration of Plaintiff/Counter-Defendant Michael Thomas' ("Mr. Thomas") Motion to Dismiss Defendant's Counterclaim and Defendant/Counter-Plaintiff The Prudential Insurance Company of America's Memorandum of Law in Opposition, it is hereby **ORDERED** that Mr. Thomas' Motion to Dismiss Defendant's Counterclaim (Doc. No. 15) is **DENIED**.

                                              BY THE COURT:


                                              /s/ Robert F. Kelly
                                              ROBERT F. KELLY
                                              SENIOR JUDGE